UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21MC103(AKH) |
| NELSON TOLEDO, (AND WIFE, MIRYAM CEDENO), | 08CV2332(AKH) |
| Plaintiff(s), | **NOTICE OF APPEARANCE** |
| -against- | |
| 37 BENEFITS FUND TRUST, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21 DEPARTMENT STORE LLC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:    New York, New York
         April 24, 2008

                                                  Yours etc.,

                                                  HARRIS BEACH PLLC
                                                  *Attorneys for Defendant*
                                                  **CENTURY 21 DEPARTMENT STORE LLC, BLUE MILLENNIUM REALTY LLC**

                                                  /s/
                                                  Stanley Goos, Esq. (SG-7062)
                                                  100 Wall Street
                                                  New York, NY  10005
                                                  212 687-0100
                                                  212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on April 24, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Century 21 Department Store LLC. and Blue Millennium's Notice of Appearance

Dated: April 24, 2008

                                                      /s/
                                   Stanley Goos, Esq. (SG 7062)