UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
IN RE: COMBINED WORLD TRADE CENTER : 21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE :
LITIGATION (STRADDLER PLAINTIFFS) :
:
------------------------------------------------------------- X
:
NELSON TOLEDO (AND WIFE, MIRYAM : 08-CV-2332 (AKH)
CEDENO) :
      Plaintiffs, :
:
-against- :
:
ON-SITE: : **FGP 90 WEST STREET,**
7 WORLD TRADE COMPANY, L.P.; A RUSSO : **INC.'S NOTICE OF**
WRECKING, INC.; ABM INDUSTRIES, INC.; ABM : **ADOPTION OF ANSWER TO**
JANITORIAL NORTHEAST, INC.; AMEC : **MASTER COMPLAINT**
CONSTRUCTION MANAGEMENT, INC.; AMEC :
EARTH & ENVIRONMENTAL, INC.; ANTHONY :
CORTESE SPECIALIZED HAULING LLC.; :
ATLANTIC HEYDT CORP.; BECHTEL :
ASSOCIATES PROFESSIONAL CORPORATION; :
BECHTEL CONSTRUCTION, INC.; BECHTEL :
CORPORATION; BECHTEL ENVIRONMENTAL, :
INC.; BERKEL & COMPANY, CONTRACTORS, :
INC.; BIG APPLE WRECKING & CONSTRUCTION :
CORP; BOVIS LEND LEASE LMB, INC.; BREEZE :
CARTING CORP.; BREEZE NATIONAL INC.; :
BRER-FOUR TRANSPORTATION CORP.; BURO :
HAPPOLD CONSULTING ENGINEERS, P.C.; C B :
CONTRACTING CORP; CANRON :
CONSTRUCTION CORP.; CORD CONTRACTING :
CO., INC.; DAKOTA DEMO-TECH; DIAMOND :
POINT EXCAVATING CORP ; DIEGO :
CONSTRUCTION, INC; DIVERSIFIED CARTING, :
INC., DMT ENTERPRISE INC.; D'ONOFRIO :
GENERAL CONTRACTORS CORP.; EAGLE :
LEASING & INDUSTRIAL SUPPLY, INC.; EAGLE :
ONE ROOFING CONTRACTORS INC; EJ DAVIES, :
INC.; EN-TECH CORP.; EVERGREEN :
RECYCLING OF CORONA(EROC); EWELL W. :
FINLEY, P.C., EXECUTIVE MEDICAL SERVICES, :

NEWY1\8244993.1

P.C.; FLEET TRUCKING, INC.; FRANCIS A. LEE EXTERIOR RESTORATION, INC.; FTI TRUCKING, INC.; GILSANZ, MURRAY, & STEFICEK, LLP, GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC.; HALLEN WELDING SERVICE, INC.; H.P. ENVIRONMENTAL; KOCH SKANSKA INC; LAQUILA CONSTRUCTION INC.; LASTRADA GENERAL CONTRACTING CORP.; LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEERS P.C.; LIBERTY MUTUAL GROUP; LOCKWOOD, KESSLER & BARTLETT, INC.; LUCIUS PITKIN, INC.; LZA TECH-DIV OF THORTON TOMASETTI; MANAFORT BROTHERS INCORPORATED; MAZZOCCHI WRECKING, INC.; HUDSON MERIDIAN CONSTRUCTION GROUP, LLC F/K/A MERIDIAN CONSTRUCTION CORP.; MORETRENCH AMERICAN CORP.; MRA ENGINEERING, PC; MUESER RUTLEDGE CONSULTING ENGINEERS, INC; NACIREMA INDUSTRIES INCORPORATED; NEW YORK CRANE & EQUIPMENT CORP.; NICHOLSON CONSTRUCTION COMPANY; PETER SCALAMANDRE & SONS, INC.; PINNACLE ENVIRONMENTAL CORP.; PLAZA CONSTRUCTION CORP.; PORT AUTHORITY OF NEW YORK AND NEW JERSEY; PRO SAFETY SERVICES LLC.; PT & L CONTRACTING CORP.; ROBER SILMAN ASSOCIATES; ROBERT L. GEROSA, INC.; RODAR ENTERPRISES, INC.; ROYAL GM, INC; SAB TRUCKING INC.; SAFEWAY ENVIRONMENTAL CORP.; SEASONS INDUSTRIAL CONTRACTING; SEMCOR EQUIPMENT & MANUFACTURING CORP.; SILVERITE CONTRACTING CORPORATION; SIMPSON GUMPERTZ & HEGER INC.; SKIDMORE, OWING & MERRILL LLP; SURVIVAIR; TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN; TISHMAN CONSTRUCTION CORPORATION OF NEW YORK; TISHMAN INTERIORS CORPORATION; TISHMAN SPEYER PROPERTIES; THORTON-TOMASETTI GROUP, INC.; TORRETTA TRUCKING, INC.; TOTAL SAFETY CONSULTING, L.L.C.; TUCCI EQUIPMENT RENTAL CORP.; TULLY CONSTRUCTION CO.,

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

NEWY1\8244993.1

INC.; TURNER CONSTRUCTION COMPANY; ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE); VOLLMER ASSOCIATES LLP.; WEEKS MARINE, INC.; WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C.; WHITNEY CONTRACTING INC.; WOLKOW-BRAKER ROOFING CORP.; WORLD TRADE CENTER PROPERTIES LLC.; WSP CANTOR SEINUK; YANNUZZI & SONS, INC; YONKERS CONTRACTING COMPANY, INC.; YORK HUNTER CONSTRUCTION, LLC; ZIEGENFUSS DRILLING, INC.;    :
OFF-SITE:    :
37 BENEFITS FUND TRUST, 55 WATER STREET CONDOMINIUM, AIG REALTY, INC.; AMBIENT GROUP, INC.; AMERICAN EXPRESS BANK, LTD; AMERICAN EXPRESS COMPANY; AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.; AMERICAN INTERNATIONAL GROUP, INC.; AMERICAN INTERNATIONAL REALTY CORP.; BANKERS TRUST COMPANY; BANKERS TRUST CORP.; BANKERS TRUST NEW YORK CORPORATION; BATTERY PARK CITY AUTHORITY; BFP TOWER C CO. LLC., BFP TOWER C MM LLC., BLACKMON-MOORING-STEAMATIC CATASTROPHE, INC. D/B/A BMS CAT, BLUE MILLENNIUM REALTY LLC; BROOKFIELD FINANCIAL PROPERTIES, INC.; BROOKFIELD FINANCIAL PROPERTIES, LP.; BROOKFIELD PARTNERS , LP; BROOKFIELD PROPERTIES CORPORATION; BROOKFIELD PROPERTIES HOLDINGS INC.; BT PRIVATE CLIENTS CORP.; CENTURY 21 DEPARTMENT STORES LLC; DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, ELAINE ESPEUT, AS TRUSTEE UNDER DECLARATION OF TRUST; FGP 90 WEST STREET INC.; FRANK MORELLI, AS TRUSTEE UNDER A DECLARATION OF TRUST; GRUBB & ELLIS MANAGEMENT SERVICES; HILLMAN ENVIRONMENTAL GROUP, LLC; JONES LANG LASALLE AMERICAS, INC.; JONES LANG LASALLE SERVICES, INC.; KIBEL COMPANIES; LEHMAN BROTHERS, INC.; LEHMAN COMMERCIAL

NEWY1\8244993.1

| | |
|---|---|
| PAPER, INC.; NEW WATER STREET CORP.; THE BANK OF NEW YORK TRUST COMPANY NA; TISHMAN INTERIORS CORPORATION, TRAMMELL CROW COMPANY, TRAMMEL CROW CORPORATE SERVICES, INC.; TUCKER ANTHONY, INC.; TULLY CONSTRUCTION CO., INC.; TULLY INDUSTRIES, INC.; VERIZON NEW YORK, INC.; WFP RETAIL CO. G.P. CORP., and WFP RETAIL CO. L.P.; WFP TOWERE A CO.; WFP TOWER A CO. G.P. CORP.; and WFP TOWER A CO., L.P.; ET AL, Defendants. | : : : : : : : : : : : : : |

-------------------------------------------------------------   X

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the matter captioned *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH), hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in that matter. To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York.
May 30, 2008

        By:   s/ Keara M. Gordon
            Keara M. Gordon (KMG 2323)
            Michael D. Hynes (MH 5086)
            DLA PIPER US LLP
            1251 Avenue of the Americas
            New York, New York 10020-1104
            Phone: (212) 335-4500
            Facsimile: (212) 335-4501

            Robert J. Mathias (admitted *pro hac vice*)
            The Marbury Building
            6225 Smith Avenue
            Baltimore, MD 21209-3600
            Phone: (410) 580-3000
            Fax: (410) 580-3001

            *Attorneys for Defendant*
            *FGP 90 West Street, Inc.*