Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
DISTRICT COUNCIL 37 BENEFITS FUNDS TRUST
i/s/h/a 37 BENEFITS FUND TRUST

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X    21 MC 103 (AKH)

NELSON TOLEDO (AND WIFE, MIRYAM    Index No.: 08-CV-2332
CEDENO),

                                   **NOTICE OF ADOPTION OF ANSWER**
                    Plaintiff(s),    **TO MASTER COMPLAINT**

    -against-    **ELECTRONICALLY FILED**

37 BENEFITS FUND TRUST, *et al.*,

                    Defendant(s).
--------------------------------------------------------X

   PLEASE TAKE NOTICE that Defendant, DISTRICT COUNCIL 37 BENEFITS

FUNDS TRUST i/s/h/a 37 BENEFITS FUND TRUST, by its attorneys, McGIVNEY &

KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption

(Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action,

hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the

matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103

(AKH).

   WHEREFORE, the defendant, DISTRICT COUNCIL 37 BENEFITS FUNDS TRUST

i/s/h/a 37 BENEFITS FUND TRUST, demands judgment dismissing the above-captioned action

as against it,

together with its costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
June 20, 2008

Yours etc.,

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
DISTRICT COUNCIL 37 BENEFITS FUNDS
TRUST i/s/h/a 37 BENEFITS FUND TRUST

By: _____
Richard E. Leff (RL-2123)
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
Plaintiffs Liaison
In Re Lower Manhattan Disaster Site
Litigation
115 Broadway, 12th Floor
New York, New York 10006
(212) 267-3700

All Defense Counsel